No. 914. NEW YORK LIFE INSURANCE Co. *v.* CHAP-MAN. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones, Jr.* for petitioner. *Mr. David Baron* for respondent.

No. 961. CAMERON *v.* GORDON. May 10, 1943. Petition for writ of certiorari to the Court of Appeals, Licking County, Ohio, denied. *Mr. J. R. Fitzgibbon* for petitioner.

No. 846. MAGNUS BECK BREWING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank D. Scott* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy, Edward First,* and *Valentine Brookes* for respondent.

No. 880. AETNA CASUALTY & SURETY Co. *v.* FIRST CAMDEN NATIONAL BANK & TRUST Co. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph W. Henderson* and *George M. Brodhead, Jr.* for petitioner. *Mr. William T. Boyle* for respondent.

No. 788. STANDARD OIL Co. OF KANSAS *v.* UNITED STATES. May 10, 1943. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. J. Gilmer Korner, Jr.* for petitioner. *Solici-*